E. L. HUSTING COMPANY, Respondent, vs. WISCONSIN LIQUOR COMPANY, Appellant.

For the appellant: *Matthew R. Derzon,* attorney, and *Rubin, Zabel & Ruppa* and *Wm. B. Rubin* of counsel, all of Milwaukee.

For the respondent: *Tibbs & Tibbs* of Milwaukee.

*By the Court.*—Order affirmed.